Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

Jeffrey Cohen
_____

_____

*Your full name*

**COMPLAINT**

JUN 21 2021

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

v.

Civil Action No.: 5:20-CV-219

*(To be assigned by the Clerk of Court)*

UNITED STATES, et al.

_____

_____

_____

*Enter above the full name of defendant(s) in this action*

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: 28 U.S.C 1331; 1367; 2201

*(List the specific statutes under which you are claiming jurisdiction.)*

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Your full name: Jeffrey Cohen   Inmate No.: 58021-037

Address: FCI Gilmer PO Box 6000 Glenville, WV 26351

_____

---

*United States District Court*          7          *Northern District of West Virginia-2013*

**Attachment A**

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.    Name of Defendant: ___Dustin Hall_____

Position: ___Health Services_____

Place of Employment: ___FCI Hazelton_____

Address: ___1640 Skyview Dr. Bruceton Mills, WV 26525___

B.1    Name of Defendant: ___John Doe (known as D. Yonesh)___

Position: ___Counselor_____

Place of Employment: ___FCI Hazelton_____

Address: ___1640 Skyview Dr. Bruceton Mills, WV 26525___

B.2    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

B.3    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

B.4    Name of Defendant: _____

---

*United States District Court*          8          *Northern District of West Virginia-2013*

**Attachment A**

Position: _____

Place of Employment: _____

Address: _____

B.5    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

B.6    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: _FCI Gilmer_____

A.    Is this where the events concerning your complaint took place?
      ☐ Yes    ☒ No

      If you answered "NO," where did the events occur? _FCI Hazelton_
      _____

B.    Is there a prisoner grievance procedure in the institution where the
      events occurred?        ☒ Yes    ☐ No

C.    Did you file a grievance concerning the facts relating to this
      complaint in the prisoner grievance procedure?  ☒ Yes    ☐ No

Attachment A

D.    If your answer is "NO," explain why not: _____

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed and
state the result at level one, level two, and level three. **ATTACH ALL
GRIEVANCES AND RESPONSES:**

LEVEL 1 _See attachment D_____
LEVEL 2 ___ '' _____ '' _____
LEVEL 3 ___ '' _____ '' _____

IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same
facts involved in this action?      ☐ Yes   ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there
is more than one lawsuit, describe additional lawsuits using the same format
on  a separate piece of paper which you should attach and label: "IV
PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2.    Court: _____
            (If federal court, name the district; if state court, name the county)

3.    Case Number: _____

4.    Basic Claim Made/Issues Raised: _____

5.    Name of Judge(s) to whom case was assigned: _____

_____

6.    Disposition: _____

**Attachment A**

*(For example, was the case dismissed?  Appealed?  Pending?)*

7.    Approximate date of filing lawsuit: _____

8.    Approximate date of  disposition. Attach copies: _____ .

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?      ☐ Yes   ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. _____

    _____

    _____

E.    Did you exhaust **ALL** available administrative remedies?
    ☐ Yes      ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

    _____

    _____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

    Plaintiff(s): _____

Attachment A

Defendant(s): _____

2.    Name and location of court and case number: _____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did.* **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE COMPLAINT WITH AN ADDITIONAL FILING FEE. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: Yonesh, acting outside the scope of his employment, violated BoP regulations and constitutional protections by unlawfully seizing and disposing of Cohen's personal property.

Supporting Facts: In 2019, an independent witness observed and documented Yonesh disposing of Cohen's property. Cont'd on attached

CLAIM 2: Hall, acting outside the scope of his employment, was aware that Cohen required medical care but intentionally created fraudulent documents to deny medical care.

Supporting Facts: In 2019, Hall fraudulently documented

---

*United States District Court*                12                *Northern District of West Virginia-2013*

Attachment A

a. refusal of medical care on behalf of Cohen. Cont'd on attached

CLAIM 3: _____

Supporting Facts: _____

CLAIM 4: _____

Supporting Facts: _____

CLAIM 5: _____

Supporting Facts: _____

## VI.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages. The conduct of Defendants has caused financial loss, physical harm, and emotional harm to Cohen.

**Attachment A**

VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

a) An order and judgment declaring Defendants acted outside the scope of their employment, failed to abide by federal and state law, acted negligently, and harmed Cohen;

b) An order and judgment enjoining the further negligent conduct of Defendants and those similarly situated;

c) Compensatory and punitive damages; and

d) All other relief warranted by law.

Cohen requests a trial by jury.


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Glenville, WV___ on ___4/23/21___.
(Location)                    (Date)

_____
Your Signature