**Attachment A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Jeffrey Cohen

_Your full name_

**COMPLAINT**

**FILED**

AUG 19 2022

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

v.

United States, et al.

Civil Action No.: 5: 20-CV-219
_(To be assigned by the Clerk of Court)_

_Enter above the full name of defendant(s) in this action_

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: 28 U.S.C. 1367, 2201;
5 U.S.C. 552
_(List the specific statutes under which you are claiming jurisdiction.)_

## II.    PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.    Your full name: Jeffrey Cohen    Inmate No.: 58021-037

Address: FCI Gilmer PO Box 6000 Glenville, WV 26351

---

_United States District Court_                7                _Northern District of West Virginia-2013_

**Attachment A**

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.    Name of Defendant: _Integrated Medical Systems, LLC_

Position: _Contractor to BOP_

Place of Employment: _____
_C/O WV Secretary of State_
Address: _1900 Kanawha Blvd East   Charleston, WV 25305_

B.1    Name of Defendant: _D. Yonash_

Position: _Case Manager_

Place of Employment: _FCI Hazelton_

Address: _1640 Skyview Lane Bruceton Mills, WV 26525_

B.2    Name of Defendant: _Dustin Hall_

Position: _HSU Employee_

Place of Employment: _FCI Hazelton_

Address: _1640 Skyview Lane Bruceton Mills, WV 26525_

B.3    Name of Defendant: _R. Wolfe_

Position: _Warden_

Place of Employment: _FCI Gilmer_

Address: _201 FCI Lane   Glenville, WV 26351_

B.4    Name of Defendant: _____

**Attachment A**

Position: _____

Place of Employment: _____

Address: _____

B.5    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

B.6    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: _FCI Gilmer_____

A.    Is this where the events concerning your complaint took place?
☒ Yes      ☒ No

If you answered "NO," where did the events occur? _FCI Hazelton and FCI Gilmer_

B.    Is there a prisoner grievance procedure in the institution where the events occurred?        ☒ Yes      ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☐ Yes      ☒ No

---

**Attachment A**

D.    If your answer is "NO," explain why not: _PLRA not applicable._ _Claims are against individuals outside of their scope_ _of employment._

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three.  **ATTACH ALL GRIEVANCES AND RESPONSES:**

LEVEL 1 _____ N/A _____
LEVEL 2 _____ N/A _____
LEVEL 3 _____ N/A _____

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    □ Yes    ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2.    Court: _____
*(If federal court, name the district; if state court, name the county)*

3.    Case Number: _____

4.    Basic Claim Made/Issues Raised: _____

5.    Name of Judge(s) to whom case was assigned: _____
_____

6.    Disposition: _____

**Attachment A**

*(For example, was the case dismissed?  Appealed?  Pending?)*

7.    Approximate date of filing lawsuit: _____

8.    Approximate date of  disposition. Attach copies: _____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?      ☐ Yes   ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. _____

_____

_____

E.    Did you exhaust **ALL** available administrative remedies?
      ☐ Yes      ☒ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.
      PLRA not applicable; relief not available.
      _____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

      Plaintiff(s): _____

**Attachment A**

Defendant(s): _____

2.    Name and location of court and case number: _____

_____

3.    Grounds for dismissal:  ☐ frivolous    ☐ malicious
        ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did.* **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE COMPLAINT WITH AN ADDITIONAL FILING FEE. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)**

CLAIM 1: _IMS owed a duty to Cohen to promptly schedule a consult — approved by the BOP — with a neurosurgeon. IMS failed to schedule the consult for several years causing Cohen to endure_

Supporting Facts: _Pain and suffering._

_____

_____

_____

CLAIM 2: _In April 2019, Yonash — acting outside the scope of his employment — negligently disposed of Cohen's personal property. Yonash, owed a duty to Cohen to reasonably protect his property. Yonash_

Supporting Facts: _recklessly disposed of Cohen's property._

---

**Attachment A**

See ECF 99-1 at 7

CLAIM 3: On June 5, 2019, Hall - acting outside the scope of his employment - fraudulently completed governmental forms. Hall owed a duty to Cohen to act reasonably, his fraudulent conduct caused
Supporting Facts: Cohen to be denied needed medical care which has caused him pain and suffering.
See ECF 99-1 at 10

CLAIM 4: On January 31, 2022, Wolfe - acting outside the scope of his employment - caused Cohen to be falsely imprisoned for 11 days. Wolfe owed Cohen a duty to protect his well-being.
Supporting Facts: Wolfe disregarded his duty by confining Cohen to a cell for 24-hours-per-day which caused pain and suffering to Cohen. See ECF 99-1 at 11

CLAIM 5: _____

Supporting Facts: _____

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages. Ims' conduct has caused Cohen to endure years of debilitating pain in his back and legs. The extensive pain has caused emotional trauma including anxiety and panic attacks. Yonash's conduct has caused financial loss to Cohen. Hall's conduct has caused Cohen to endure years of severe pain in his feet. Wolfe's conduct caused

**Attachment A**

Cohen's back injury to be exacerbated, atrophy to his muscles, vision deterioration, and emotional trauma including Panic attacks and headaches.

_____

VII.    **RELIEF**

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Cohen asks the Court to enter an order and judgment declaring:
Ims' negligent conduct harmed Cohen and award compensatory damages and all other relief available under law.
Yonash's, Hall's, and Wolfe's negligent conduct harmed Cohen and award compensatory and punitive damages and all other relief available under law.
Cohen asks the Court to enjoin the further negligent conduct of Defendants and others similarly situated.
Cohen requests trial by jury.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Glenville, WV _____  on  8/3/22 _____.
(Location)                                        (Date)

Your Signature